# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI
## Petition for Order of Protection - Adult

**Notice to Petitioner:** Respondent will receive a copy of this petition with service.

| Field | Entry |
|---|---|
| Judge or Division: | 13   FC-9 |
| Petitioner: | Jasmine Duckworth |
| Respondent: | Cordell Owens |
| Alias/Nicknames: | Owens |
| Respondent's DOB: | unknown |
| Age: | unknown |
| SSN (last four): | |
| Race: | Black |
| Sex: | ☑ M |
| Hair Color: | Black |
| Height: | 5'7 |
| Eye Color: | Brown |
| Weight: | unknown |
| Case Number: | 19SL-PN06254 |
| Court ORI Number: | MO095015J |
| MSHP Number: | |
| Responsible Law Enforcement ORI: | |
| Related Cases: | |
| Respondent's Home Address: | 2318 Woodson Overland, MO. 63114 |
| Home Phone Number: | 314-427-4109 |
| Respondent's Work Address: | 2318 Woodson Overland, MO 63114 |
| Work Phone Number: | 314-427-4109 |
| Work Hours: | 4am-3pm |
| Other Locations Where Respondent May Be Served: | unknown |

**FILED DEC 28 2019** — JOAN M. GILMER, CIRCUIT CLERK, ST. LOUIS COUNTY

Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses):

Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination:
- ☐ Spouse
- ☐ Child(ren) in common
- ☐ Former spouse
- ☐ Intimate residing/resided together
- ☐ Are/were in a continuing social relationship of a romantic/intimate nature
- ☐ Related by blood. Define relationship: _____
- ☐ Related by marriage. Define relationship: _____
- ☐ Residing/resided together; no intimacy
- ☑ Stalking/Sexual Assault. Define relationship: Supervisor

Follows me everywhere (obsessed)

## I. PETITIONER INFORMATION

1. I am Petitioner and
2. I reside in St. Louis ☑ at least 17 years of age ☐ under 17 but emancipated
   in the County of North County (city), MO (state)

## II. RESPONDENT INFORMATION

3. Respondent is ☑ at least 17 years of age or emancipated ☐ under 17
4. Respondent may be found in Overland (city), MO (state)
   in the County of North County

## III. LOCATION WHERE DOMESTIC VIOLENCE, STALKING, OR SEXUAL ASSAULT OCCURRED

5. An act of domestic violence, stalking, or sexual assault occurred at (address), Work 2318 Woodson Overland (city), MO (state), in the County of North County

OSCA (01-17) AA40 (ASPO)
CCFC266

455.010, 455.030, 455.030.3, 455.050 RSMo

## IV. COMPLETE FOR DOMESTIC VIOLENCE PETITION ONLY

**Relationship with Respondent**

6. Respondent and I: (check one or more)
   - ☐ reside together.
   - ☐ previously resided together at _____
     _____ (address), County of _____ (city), _____ (state), in the
   - ☒ never resided together.

**Residency**

7. The residence in which I live is: (check one or more)
   - ☐ jointly owned, leased or rented or jointly occupied by Respondent and me.
   - ☐ owned, leased, rented or occupied by me.
   - ☐ jointly owned, leased, rented or occupied by me and someone other than Respondent.
   - ☐ owned, leased, rented or occupied by someone else, and Respondent is my spouse.
   - ☒ jointly occupied by me and another person, and Respondent has no property interest therein.

**Custody**

List only the children that the Petitioner and Respondent have in common. The court cannot change custody if a prior order regarding custody is pending or has been made.

8. It is in the best interest of the minor children that custody be awarded as follows:

| Child's Name | SSN (last 4 digits only) | Age | Address (If other than Petitioner) |
|---|---|---|---|
| 1. Please N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Who did each Child reside with during last six months | Persons to Receive Custody | Custody (check one or both) Temporary / Full |
|---|---|---|
| 1. N/A | | ☐ / ☐ |
| 2. | | ☐ / ☐ |
| 3. | | ☐ / ☐ |
| 4. | | ☐ / ☐ |
| 5. | | ☐ / ☐ |

(If necessary, attach additional sheets.)

## V. COMPLETE FOR STALKING OR SEXUAL ASSAULT PETITION ONLY

9. Respondent is stalking or sexually assaulting me. Explain relationship (example: co-workers, neighbors, etc.)
   coworker stalks me to bathroom outside, time clock, car, everywhere I look he's there

## VI. COMPLETE FOR ALL CASES

10. Indicate any prior or pending custody court cases before, or orders entered by, this court or any other court involving the following parties. Indicate the case numbers. (If none, so state): N/A
    a. Petitioner _____
    b. Respondent _____
    c. Children (identified in item 8) _____

### Acts Committed by Respondent:

11. Respondent has knowingly and intentionally: (check at least one)
    - ☐ caused or attempted to cause me physical harm
    - ☐ placed or attempted to place me in apprehension of immediate physical harm
    - ☐ coerced me
    - ☒ stalked me
    - ☒ harassed me
    - ☐ sexually assaulted me
    - ☐ unlawfully imprisoned me
    - ☐ followed me from place to place
    - ☒ threatened to do any of the above

    by the following act(s): (Include the most recent date(s) of each act described.)

    12-12-19 told me he can stalk me because he's management

12. I am afraid of Respondent and there is an immediate and present danger of domestic violence to me or other good cause for emergency temporary order of protection because: (describe)

    He stated he can stalk me + not get in trouble

13. ☐ Photographs/Exhibits are filed as evidence of my injuries.

## VII. PETITIONER'S REQUESTS

14. ☐ Order Petitioner's residential address on voter's registration record to be closed to the public.

15. Pursuant to section 455.010 - 455.085 RSMo, it is requested that the court issue an Ex Parte Order of Protection restraining Respondent from: (check all that apply)
    - ☐ committing or threatening to commit domestic violence, sexual assault, molesting, or disturbing the peace of Petitioner wherever Petitioner may be found.
    - ☒ stalking Petitioner.
    - ☐ entering the dwelling of Petitioner located at (see notice below) _____
    - ☐ entering the premises of the Petitioner's school, located at _____
    - ☐ entering onto the premises of the Petitioner's place of employment, located at _____
    - ☒ come within _____ (feet) of the Petitioner.
    - ☒ communicating with Petitioner in any manner or through any medium.
    - other: _____

### Additional Requests:

It is further requested that, upon the hearing of this cause, the court also issue a Full Order of Protection enjoining Respondent from the above acts for such time as is necessary to protect Petitioner and that the court: (one or more may be selected)

#### Custody

16. ☐ Award custody of the minor child(ren) to ☐ Petitioner ☐ Respondent.    n/a

17. ☐ Order visitation with the minor child(ren) to ☐ Petitioner ☐ Respondent as follows:    n/a

#### Child Support/Maintenance

18. ☐ Order ☐ Petitioner ☐ Respondent to pay child support to ☐ Petitioner ☐ Respondent in the amount of $_____
    (check one) ☐ per week ☐ per month.

19. ☐ Order ☐ Petitioner ☐ Respondent to pay maintenance to ☐ Petitioner ☐ Respondent in the amount of $_____
    (check one) ☐ per week ☐ per month.

19SL-PN04254

This page is intended to provide extra space for you to answer questions 11 and 12 on page 3 of the Order of Protection petition. This page and all information included below is incorporated herein with the Order of Protection petition.

**11. [Respondent has knowingly and intentionally done one or more of the listed acts; _include recent and past dates when you have been afraid_]**

12-10-19 - stalked me all day
12-11-19 - told me he can stalk me + get away with it

12-28-19 current day still stalks me

**12. [I am afraid of Respondent and there is an immediate and present danger of domestic violence or other good cause for an emergency temporary Order of Protection because]**

I have a child

**FILED**
DEC 28 2019
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief. I understand that a copy of my petition will be served upon the Respondent.

X [signature] _____   Date: 12/28/19
Petitioner's Signature

CCFC266                Page 3A of 4

**Other Support**

20. ☐ Order that Respondent make or continue to make the rent or mortgage payments in the amount of $ _____ (check one) ☐ per week ☐ per month on the residence occupied by Petitioner.
21. ☐ Order that Respondent pay Petitioner's rent at a residence, other than the residence previously shared with Respondent, in the amount of $ _____ (check one) ☐ per week ☐ per month.
22. ☐ Order Respondent to pay a reasonable fee for housing and other services provided to Petitioner by a shelter for victims of domestic violence.
23. ☑ Order Respondent to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by Respondent.

**Personal Property**

24. ☐ Order that Petitioner be given temporary possession of the following personal property:

25. ☐ Prohibit Respondent from transferring, encumbering, or otherwise disposing of the following property mutually owned or leased with Petitioner:

**Counseling/Treatment**

26. ☑ Order Respondent to participate in a court-approved counseling program designed for ☐ batterers and/or ☐ substance abuse.

**Costs/Fees**

27. ☑ Order Respondent to pay court costs.
28. ☑ Order Respondent to pay Petitioner's attorneys fees.

**Other Orders**

29. ☑ Order the full order of protection issued for one year be automatically renewed unless Respondent requests a hearing by 30 days prior to the expiration of the order.
30. ☐ Petitioner to receive wireless telephone numbers(s) and billing responsibilities from Respondent. (Note: If checked, complete the Wireless Telephone Number Trasfer Addendum form.)
31. Other (specify):

## VIII. PETITIONER'S SIGNATURE

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief. I understand that a copy of this petition will be served on the respondent.

12/28/19
Date

X [signature]
Petitioner's Signature

Address (Optional)

City, State and Zip

Telephone

Attorney's Name, Missouri Bar No., if Applicable

Address

City, State and Zip

Telephone

**NOTICE:** Section 455.030.3, RSMo provides that a Petitioner seeking protection under the Domestic Violence Act is not required to reveal any current address or place of residence on this motion. **Do not provide this information if doing so will endanger you.**