UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASMINE DUCKWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20CV57 JCH |
| ) | |
| LARNELL OWENS[1], ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED**.

Dated this   8th    Day of June, 2020.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] According to Defendant, Defendant's name is Larnell Owens.  Plaintiff incorrectly named him as Cordell Owens.